**E-Filed 3/6/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MORRIS EDALMAN TRUST, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DYMOND CONSTRUCTION GROUP, INC., et al.,<br><br>        Defendants. | Case Number C 05-2562 JF (RS)<br><br>ORDER[1] TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

    On June 22, 2005, creditor Steve Williams ("Williams") filed a notice of appeal from the judgment of the Bankruptcy Court. Williams has not filed any further documents, and there has been no activity in the case since the notice of appeal was filed. Williams is HEREBY ORDERED TO SHOW CAUSE, in writing and within fourteen (14) days, why this appeal should not be dismissed for failure to prosecute.

DATED: 3/6/06

                                                      _____
                                                      JEREMY FOGEL
                                                      United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-2562 JF (RS)
ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
(JFLC2)

1 | Copies of Order served on:

3 | Kathryn S. Diemer     kdiemer@diemerwhitman.com

4 | Nicolas A Flegel     naf@jsmf.com,

5 | Lawrence A. Jacobson     laj@pacbell.net

6 | David Jon Rapson     drapson@grclaw.com

7 | Kent Caskey
    1705 Russell Avenue
8 | Santa Clara, CA 95054

9 | Charles E. Logan
    Law Offices of Charles E. Logan
10 | 95 S Market St. #660
    San Jose, CA 95113

12 | USBC Manager-San Jose
    US Bankruptcy Court
    280 South First Street
13 | Room 3035
    San Jose, CA 95113

15 | Arthur S. Weissbrodt
    U.S. Bankruptcy Court
    280 South First Street
16 | Room 3035
    San Jose, CA 95113