**E-Filed 3/21/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MORRIS EDALMAN TRUST, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DYMOND CONSTRUCTION GROUP, INC., et al.,<br><br>            Defendants. | Case Number C 05-2562 JF (RS)<br><br>ORDER[1] DISMISSING APPEAL FOR FAILURE TO PROSECUTE |

On June 22, 2005, creditor Steve Williams ("Williams") filed a notice of appeal from the judgment of the Bankruptcy Court. However, Williams failed to file an opening brief on appeal or otherwise pursue the appeal. On March 6, 2006, this Court issued and Order to Show Cause why the appeal should not be dismissed for failure to prosecute. Williams did not respond to the Order to Show Cause within the time provided.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-2562 JF (RS)
ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE
(JFLC2)

1    Accordingly, the appeal is DISMISSED for failure to prosecute. The Clerk of the Court
2 shall close the file.
3    IT IS SO ORDERED.
4
5
6 DATED: 3/21/06

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2

3  Kathryn S. Diemer     kdiemer@diemerwhitman.com

4  Nicolas A Flegel     naf@jsmf.com,

5  Lawrence A. Jacobson     laj@pacbell.net

6  David Jon Rapson     drapson@grclaw.com

7  Kent Caskey
   1705 Russell Avenue
8  Santa Clara, CA 95054

9  Charles E. Logan
   Law Offices of Charles E. Logan
10 95 S Market St. #660
   San Jose, CA 95113
11
   USBC Manager-San Jose
12 US Bankruptcy Court
   280 South First Street
13 Room 3035
   San Jose, CA 95113
14
   Arthur S. Weissbrodt
15 U.S. Bankruptcy Court
   280 South First Street
16 Room 3035
   San Jose, CA 95113
17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-2562 JF (RS)
ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE
(JFLC2)